UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ROBERT POOR,

        Plaintiff,               Case no. 07-12335
                                     HON. JOHN CORBETT O'MEARA

v.


BARBARA SANDFORD et al.,

        Defendants.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE MAJZOUB'S
REPORT AND RECOMMENDATION


        The Court having reviewed Magistrate Judge Majzoub's Report and Recommendation,

filed January 15, 2008, as well as any objections thereto filed by the parties, and being fully

advised in the premises;

        IT IS HEREBY ORDERED that the Report and Recommendation is accepted and

adopted by this Court.

        IT IS FURTHER ORDERED that Defendants' Motion to Dismiss or for Summary

Judgment, filed September 28, 2007 is GRANTED.

        IT IS FURTHER ORDERED that Plaintiff's Motion to Dismiss filed December 19, 2007

is DENIED, and this action is hereby DISMISSED as to all Defendants.


                                  s/John Corbett O'Meara
                                  United States District Judge

Date: February 11, 2008

<u>Certificate of Service</u>

   I hereby certify that the foregoing order was served upon the parties of record on February 11, 2008, by electronic and/or U.S. mail.


                <u>s/William Barkholz</u>

                Case Manager